IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVE BRAINARD, an individual, ) <br> JUSTIN FAGERHAUG, an individual ) <br> professionally known as Dustin Evans, ) <br> and TIM MATTHEWS, an individual, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PHIL VASSAR, an individual, ) <br> CRAIG WISEMAN, an individual, ) <br> PHYLVESTER MUSIC, INC., a Tennessee ) <br> corporation, BIG LOUD SHIRT INDUSTRIES, ) <br> LLC, a Tennessee Limited Liability Company, ) <br> and SONY BMG MUSIC ENTERTAINMENT, ) <br> INC., including its divisions RCA Label Group ) <br> and Arista Nashville, a Delaware corporation, ) <br> ) <br> Defendants. ) | Civil No. 3:07-0929 <br> Judge Trauger |

## **O R D E R**

Given the pendency of a Motion to Dismiss (Docket No. 24), it is hereby **ORDERED** that the initial case management conference scheduled for March 3, 2008 at 11:15 a.m. is **CONTINUED**, to be reset, if appropriate, following a decision on this motion.

It is so **ORDERED**.

ENTER this 28th day of February 2008.

_____
ALETA A. TRAUGER
U.S. District Judge