UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVE BRAINARD, an individual, JUSTIN FAGERHAUG pka DUSTIN EVANS, an individual, and TIM MATTHEWS, an individual, | )<br>)<br>)<br>) Case No. 3:07-0929<br>) Judge Trauger |
| Plaintiff, | ) |
| v. | ) |
| PHIL VASSAR, an individual, CRAIG WISEMAN, an individual, PHYLVESTER MUSIC, INC., a Tennessee Corporation, BIG LOUD SHIRT INDUSTRIES, L.L.C., a Tennessee Limited Liability Company, SONY BMG MUSIC ENTERTAINMENT INC., including its divisions RCA LABEL GROUP and ARISTA NASHVILLE, a Delaware Corporation, and PROCTER & GAMBLE COMPANY, an Ohio Corporation, | ) |
| Defendants. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion to Dismiss Counts 2, 4, 5, 6, 7, and 8 of the Plaintiffs' Complaint (Docket No. 24) is **GRANTED** in part and **DENIED** in part. Counts 2, 4, 6, 7, and 8 are **DISMISSED**, while Count 5 is **NOT DISMISSED**.

It is so ordered.

Enter this 12th day of June 2008.

                                                    ALETA A. TRAUGER
                                                  United States District Judge